IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| In re:<br><br>NEAL D. FLETCHER<br>CRYSTAL J. FLETCHER,<br><br>Debtors. | Chapter 7<br>Case No. 13-30088-DER |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Ocwen Loan Servicing, LLC appears in this case through the undersigned counsel and requests, pursuant to Fed. R. Bankr. P. 2002, 3017(a), and 9010, that notices given or required to be given in this case, including but not limited to orders, reports, pleadings, motions, applications, petitions, requests, complaints, plans or demands, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, telecopy, telex, or otherwise, be given and served upon the undersigned counsel at the address and the telephone number set forth below. To the extent this party has previously entered its appearance by other counsel, this appearance is for limited purposes only and copies of all documents intended to constitute notice to this party must be served on all counsel of record.

*7541 Moraine Drive*
*Hanover, Maryland 21076*
*Loan No.: XXXXXX2075*
*Reference: ALG#546842*

-2-

Service upon the undersigned is not adequate process in connection with this party unless copies of such service are also delivered to any co-counsel of record.  The entry of this party's appearance does not constitute consent to the personal jurisdiction of this Court for any purpose or waiver of any rights, including but not limited to the right to trial by jury.

This entry of appearance shall not apply to any proceeding or transaction occurring outside of this Court, or to any proceeding or transaction occurring in another proceeding before this Court, although courtesy copies of any documents to be filed or served in such proceedings and transactions are hereby requested.  The appearance of the undersigned shall not apply to any adversary proceeding under Part VII of the Federal Rules of Bankruptcy Procedure, including but not limited to an adversary proceeding arising under Fed. R. Bankr. P. 3007, and this party does not waive any rights to receive appropriate service in such adversary proceedings by any manner directed by law, including but not limited to Fed. R. Bankr. P. 7004(h).

Respectfully submitted,

By: /s/ Renee Dyson
Renee Dyson, Bar #15955
Attorney for Ocwen Loan Servicing, LLC
Atlantic Law Group, LLC
PO Box 2548
Leesburg, VA 20177
703-777-7101 telephone
703-940-9119 facsimile
rdyson@atlanticlawgrp.com

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on <u>12/11/2013</u>, copies of the foregoing Notice of Appearance were mailed by first class mail, postage-paid, or served electronically to the following parties:

Neal D. Fletcher
7541 Moraine Drive
Hanover, MD 21076
Debtor

Crystal J. Fletcher
7541 Moraine Drive
Hanover, MD 21076
Debtor

Marc L. Jordan
7370 Grace Drive
Suite 101
Columbia, MD 21044-2470
Attorney for the Debtors

Marc H. Baer, Trustee
455 Main Street
Reisterstown, MD 21136

    /s/   Renee Dyson
Renee Dyson, Bar #15955
Attorney for Ocwen Loan Servicing, LLC
Atlantic Law Group, LLC
PO Box 2548
Leesburg, VA 20177
703-777-7101 telephone
703-940-9119 facsimile
rdyson@atlanticlawgrp.com

*7541 Moraine Drive*
*Hanover, Maryland 21076*
*Loan No.: XXXXXX2075*
*Reference: ALG#546842*